372 A.2d 417
Commonwealth v. Dansby, Appellant.

Submitted November 25, 1975. Ralph J. Cappy, Public Defender, for appellant; Robert L. Campbell, Assistant District Attorney, and John J. Hickton, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.